# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, | : | Case No. 1:19-cv-1082 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| HAMILTON COUNTY, OHIO, *et al.*, | : | |
| Defendants. | : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court being advised that the parties have executed an agreement to settle this civil action:

It is **ORDERED** that all claims in this action are hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, move to reopen the action if settlement is not finalized. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: 3/9/2021

*s/Timothy S. Black*
Timothy S. Black
United States District Judge